10-60246.fj

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60246-CIV-BROWN

GRANITE STATE INSURANCE COMPANY,

    Plaintiff,

vs.

PROBUILD HOLDINGS, INC.; PROBUILD
EAST, LLC; DREW ROSEN; and DOE
DEFENDANTS 1-10,

    Defendants.
_____/

## FINAL JUDGMENT

This action having come before the Court on Defendants ProBuild Holdings, Inc., ProBuild East, LLC and Drew Rosen's Motion to Dismiss Granite State Insurance Company's Complaint, ... or, in the Alternative, to Transfer, and the Court having issued a separate Order granting the Motion to Dismiss, it is hereby **ORDERED AND ADJUDGED** that the Plaintiff shall take nothing from Defendants by way of this action, and that the action be dismissed with prejudice.

**DONE AND ORDERED** this 15th day of February, 2011 at Miami, Florida.

_____
STEPHEN T. BROWN
CHIEF U.S. MAGISTRATE JUDGE

cc:    Counsel of record